**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**REGINALD DUNAHUE**                                                             **PETITIONER**
**ADC #106911**

**VS.**            **CASE NO.: 5:13CV00391 KGB/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                            **RESPONDENT**

**ORDER**

Petitioner Reginald Dunahue filed a motion to proceed *in forma pauperis* (docket entry #1) and a petition for a writ of habeas corpus alleging ineffective assistance of trial and appellate counsel (#2) relating to his state conviction for aggravated robbery. See Pulaski County Circuit Court Case No. 2008-2430. He has also filed a separate petition for a writ of habeas corpus, alleging ineffective assistance of counsel related to the direct appeal of his conviction in that same state case. Case No. 5:13cv00392 DPM/JJV (#2). Because both habeas corpus petitions arise out of the same conviction, the Clerk is directed to consolidate Case No. 5:13cv00392 into this case.

Mr. Dunahue's motion to proceed *in forma pauperis* (#1) is GRANTED. The Clerk is instructed to serve a copy of Mr. Dunahue's habeas corpus petitions (5:13cv00391, docket entry #2 and 5:13cv00392, docket entry #2), and a copy of this Order on the Respondent Ray Hobbs and the Arkansas Attorney General, by regular mail. Director Hobbs should file an answer or other response to the petitions within twenty (20) days after service.

DATED this 30th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE