# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGINALD DUNAHUE**                                                                 **PETITIONER**
**ADC #106911**

**VS.**            **CASE NO. 5:13CV00391 KGB/BD**
                   **CASE NO. 5:13CV00392 KGB/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                           **RESPONDENT**

## ORDER

Having consolidated Petitioner Reginald Dunahue's two petitions for writ of habeas corpus into Case No. 5:13cv00391, the Clerk is directed to close Case No. 5:13cv00392.

DATED this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE