**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**REGINALD DUNAHUE**                                                                  **PETITIONER**
**ADC #106911**

v.            **Case No. 5:13-cv-00391 KGB/BD**
    **Consolidated with Case No. 5:13-cv-00392 KGB/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                        **RESPONDENT**

**ORDER**

On December 23, 2013, petitioner Reginald Dunahue filed two habeas corpus petitions with this Court. Because both petitions related to the same state-court conviction, the Court consolidated the petitions. The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 8), recommending that both petitions be dismissed with prejudice, and the objections to that recommendation filed by Mr. Dunahue (Dkt. No. 9). After careful consideration of these documents and a *de novo* review of the record, this Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Therefore, the Court denies and dismisses with prejudice Mr. Dunahue's petitions for writ of habeas corpus (Case No. 5:13-cv-00391, Dkt. No. 2; Case No. 5:13-cv-00392, Dkt. No. 2).

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial

showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, the Court finds no basis to issue a certificate of appealability.  Accordingly, the Court denies a certificate of appealability.

SO ORDERED this 3rd day of November, 2014.

_____
Kristine G. Baker
United States District Judge