**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**REGINALD DUNAHUE**                                                                     **PETITIONER**
**ADC #106911**

v.            Case No. 5:13-cv-00391 KGB/BD
       Consolidated with Case No. 5:13-cv-00392 KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, this Court denies and dismisses with prejudice petitioner Reginald Dunahue's petitions for writ of habeas corpus under 28 U.S.C. § 2254 (Case No. 5:13-cv-00391, Dkt. No. 2; Case No. 5:13-cv-00392, Dkt. No. 2). The Court declines to issue a certificate of appealability.

SO ADJUDGED this 3rd day of November, 2014.

_____
Kristine G. Baker
United States District Judge